AMY J. LONGO, Cal. Bar. No. 198304
Email: longoa@sec.gov
DONALD W. SEARLES Cal. Bar. No. 135705
Email: searlesd@sec.gov
ROBERTO A. TERCERO, Cal. Bar No. 143760
Email: terceror@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka Patel, Associate Regional Director
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JASON McDIARMID, KENNETH TELFORD and INTERACTIVE MULTI-MEDIA AUCTION CORP. (aka STOP SLEEP GO INC.)<br><br>Defendants. | Case No. 2:17-CV-07201-SVW-FFM<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JASON McDIARMID**<br><br>Date:  August 6, 2018<br>Time:  1:30 p.m.<br>Ctrm:  10A<br>Judge: Hon. Stephen V. Wilson |

TO ALL DEFENDANTS AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission ("SEC") hereby moves, pursuant to Fed. R. Civ. P. 55(b)(2) and C.D. Cal. Local Rule 55-1, for entry of a default judgment against defendant Jason McDiarmid ("McDiarmid"). This motion is based upon the Default by Clerk Re: defendant McDiarmid (Dkt. No. 37), the accompanying Memorandum of Points and Authorities and Declarations of Amy Jane Longo and Christopher Conte, the filings and records in this action, and any other evidence or argument the SEC may present in support of the motion.

As set forth in the concurrently filed declaration of Amy Jane Longo, counsel for the SEC attempted to contact defendant McDiarmid to meet and confer concerning this motion under C.D. Cal. L.R. 7-3, but did not receive any response.

Dated: June 15, 2018				Respectfully submitted,

*/s/ Amy Jane Longo*
Amy Jane Longo
Donald W. Searles
Roberto A. Tercero
Attorneys for Plaintiff
Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

> U.S. SECURITIES AND EXCHANGE COMMISSION,
> 444 S. Flower Street, Suite 900, Los Angeles, California 90071
> Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On June 15, 2018, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDNAT JASON MCDIARMID**) on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 15, 2018              */s/ Amy Jane Longo*
                                           Amy Jane Longo

1

*SEC v. Jason McDiarmid, et al.*
**United States District Court—Central District of California**
**Case No.** 2:17-CV-07201-SVW-FFM

### SERVICE LIST

Vedder Price (CA), LLP
Christopher R. Ramos, Esq.
Michael J. Quinn, Esq.
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
mquinn@vedderprice.com
cramos@vedderprice.com
*Counsel for Defendant Kenneth George Cedric Telford (by ECF)*

**Jason McDiarmid**
**jasonmcdiarmid@eitechcorop.com**
*(by email)*

2