AMY JANE LONGO, Cal. Bar. No. 198304
Email: longoa@sec.gov
DONALD W. SEARLES Cal. Bar. No. 135705
Email: searlesd@sec.gov
ROBERTO A. TERCERO, Cal. Bar No. 143760
Email: terceror@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka Patel, Associate Regional Director
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JASON McDIARMID, KENNETH TELFORD and INTERACTIVE MULTI-MEDIA AUCTION CORP. (aka STOP SLEEP GO INC.)<br><br>Defendants. | Case No. 2:17-CV-07201-SVW-FFM<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT KENNETH TELFORD**<br><br>Date: September 17, 2018<br>Time: 1:30 p.m.<br>Ctrm: 10A<br>Judge: Hon. Stephen V. Wilson |

TO DEFENDANT KENNETH TELFORD AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on September 17, 2018, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Steven V. Wilson, First Street Courthouse, 350 W. 1st Street, Courtroom 10A, 10th Floor, Los Angeles, California 90012, Plaintiff Securities and Exchange Commission will and hereby does move the Court for summary judgment on each of plaintiff Securities and Exchange Commission's claims for relief against defendant Kenneth Telford and for the Court to award injunctive and monetary relief against Telford. The SEC contacted then-counsel for defendant on July 12 and 18, to conduct the conference of counsel pursuant to Local Rule 7-3. The parties' discussion did not resolve the issues presented by the SEC's motion.

This motion is based on:

1. this Notice of Motion and Motion;
2. the supporting Memorandum of Points and Authorities;
3. the Statement of Uncontroverted Facts and Conclusions of Law;
4. the Declaration of Amy Jane Longo and the exhibits thereto;
5. the Declaration of Christopher Conte and the exhibits thereto;
6. the Declaration of Eric Flesche;
7. the Declaration of George Castillo;
8. the Declaration of Donald Santavicca;
9. the Declaration of John Frazier;
10. the Declaration of Martin Weigel;
11. the Declaration of Marlee Miller;
12. the Declaration of John Sazegar; and
13. the proposed final judgment against Kenneth Telford lodged herewith;

//
//

1

together with the files and records of this entire case and any evidence and/or argument that may be adduced at a hearing held by the Court on this motion.

Dated: August 13, 2018                    Respectfully submitted,

*/s/ Amy Jane Longo*
Amy Jane Longo
Donald W. Searles
Roberto A. Tercero
Attorneys for Plaintiff
Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On August 13, 2018, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT KENNETH TELFORD** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 13, 2018            */s/ Amy Jane Longo*
                                 Amy Jane Longo

3

*SEC v. Jason McDiarmid, et al.*
United States District Court—Central District of California
Case No. 2:17-CV-07201-SVW-FFM

**SERVICE LIST**

Kenneth Telford
kgc.telford@gmail.com
(by email only)

4