AMY JANE LONGO, Cal. Bar. No. 198304
Email: longoa@sec.gov
DONALD W. SEARLES, Cal. Bar. No. 135705
Email; searlesd@sec.gov
ROBERTO A. TERCERO, Cal. Bar No. 143760
Email: terceror@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka Patel, Associate Regional Director
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JASON McDIARMID, KENNETH TELFORD and INTERACTIVE MULTI-MEDIA AUCTION CORP. (aka STOP SLEEP GO INC.)<br><br>Defendants. | Case No.  2:17-CV-07201-SVW-FFM<br><br>**DECLARATION OF AMY JANE LONGO IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT KENNETH TELFORD**<br><br>Date:       September 17, 2018<br>Time:      1:30 p.m.<br>Ctrm:      10A<br>Judge:    Hon. Stephen V. Wilson |

## DECLARATION OF AMY JANE LONGO

I, Amy Jane Longo, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I have personal knowledge of the matters set forth herein, except as otherwise noted, and, if called as a witness, I could and would competently testify under oath to the facts stated herein.

2. I am an attorney admitted to practice law by the State Bar of California and by this Court. I am currently the Regional Trial Counsel in the Los Angeles Regional Office of Plaintiff Securities and Exchange Commission ("SEC").

3. Attached as **Exhibit 1** hereto is a true and correct copy of excerpts of the investigative testimony, taken on August 22, 2016, of Mackey MacFarlane Alligood.

4. Attached as **Exhibit 2** hereto is a true and correct copy of excerpts of the deposition testimony, taken on July 2, 2018, of Mackey MacFarlane Alligood.

5. Attached as **Exhibit 3** hereto is a true and correct copy of the investigative testimony, taken on December 1, 2016, of Amber McCandless.

6. Attached as **Exhibit 4** hereto is a true and correct copy of excerpts of the investigative testimony, taken on December 11, 2015, of Sienna McCandless.

7. Attached as **Exhibit 5** hereto is a true and correct copy of excerpts of the investigative testimony, taken on July 28, 2016, of Leticia Meza.

8. Attached as **Exhibit 6** hereto is a true and correct copy of excerpts of the investigative testimony, taken on October 13, 2016, of Chang Park.

9. Attached as **Exhibit 7** hereto is a true and correct copy of excerpts of the investigative testimony, taken on March 1, 2016, of Claire Stevens.

10. Attached as **Exhibit 8** hereto is a true and correct copy of excerpts of the deposition testimony, taken on July 17, 2018, of Kenneth Telford.

11. Attached as **Exhibit 9** hereto is a true and correct copy of excerpts of the investigative testimony, taken on August 23, 2016, of Michael Edward Tobler.

12. Attached as **Exhibit 10** hereto is a true and correct copy of excerpts of the investigative testimony, taken on September 15, 2016, of Martin Weigel.

13. Attached as **Exhibit 11** hereto is a true and correct copy of the November 17, 2015 subpoena for documents and testimony to Sienna McCandless, previously marked in testimony as Exhibit 2.

14. Attached as **Exhibit 12** hereto is a true and correct copy of an email from Sienna McCandless to Brad Wiggins dated December 7, 2015, previously marked in testimony as Exhibit 4.

15. Attached as **Exhibit 13** hereto is a true and correct copy of the Interactive Multi-Media Auction Corporation's ("IMMA") Form S-1/A Amendment #6, previously marked in testimony as Exhibit 5.

16. Attached as **Exhibit 14** hereto is a true and correct copy of an email from Sienna McCandless to Brad Wiggins dated December 6, 2015, previously marked in testimony as Exhibit 6.

17. Attached as **Exhibit 15** hereto is a true and correct copy of Digital Advertising – Email files, previously marked in testimony as Exhibit 12.

18. Attached as **Exhibit 16** hereto is a true and correct copy of Think Ink Marketing Preliminary Email List Confirmation dated April 15, 2015, previously marked in testimony as Exhibit 14.

19. Attached as **Exhibit 17** hereto is a true and correct copy of Think Ink Marketing Preliminary Email List Confirmation dated April 20, 2015, previously marked in testimony as Exhibit 15.

20. Attached as **Exhibit 18** hereto is a true and correct copy of Think Ink Client Invoice #16778 to Ecogenics dated April 23, 2015, previously marked in testimony as Exhibit 16.

21. Attached as **Exhibit 19** hereto is a true and correct copy of Think Ink Client Invoice #16849 to Ecogenics dated May 1, 2015, previously marked in testimony as Exhibit 21

22. Attached as **Exhibit 20** hereto is a true and correct copy of Think Ink Marketing Escrow Account schedule regarding Ecogenics IMMA payments prepared May 11, 2015, previously marked in testimony as Exhibit 23.

23. Attached as **Exhibit 21** hereto is a true and correct copy of Think Ink Client Invoice #16848 to Ecogenics dated May 1, 2015, previously marked in testimony as Exhibit 24.

24. Attached as **Exhibit 22** hereto is a true and correct copy of an email from Eric Flesche to Leticia Meza dated September 30, 2013, re "211 application package," previously marked in testimony as Exhibit 28.

25. Attached as **Exhibit 23** hereto is a true and correct copy of an email from Leticia Meza to Jason McDiarmid dated September 30, 2013, re "Form 211 Filing Instructions: Glendale Securities, Inc.," previously marked in testimony as Exhibit 29.

26. Attached as **Exhibit 24** hereto is a true and correct copy of an email from Jason McDiarmid to Leticia Meza dated October 6, 2013, re "RE: Form 211 Filing Instructions: Glendale Securities, Inc.," previously marked in testimony as Exhibit 30.

27. Attached as **Exhibit 25** hereto is a true and correct copy of an email from Jason McDiarmid to Leticia Meza dated October 10, 2013, re "FW: Form 211 Filing Instructions: Glendale Securities, Inc.," previously marked in testimony as Exhibit 31.

28. Attached as **Exhibit 26** hereto is a true and correct copy of an email from Leticia Meza to Jason McDiarmid dated November 7, 2013, re "FW: Fax received from 2403865137," previously marked in testimony as Exhibit 37.

29. Attached as **Exhibit 27** hereto is a true and correct copy of Glendale Securities, Inc.'s Form 211 application supplement #3 re IMMA stock, previously marked in testimony as Exhibit 39.

30. Attached as **Exhibit 28** hereto is a true and correct copy of a letter from FINRA to Glendale Securities, Inc., dated April 9, 2014, re IMMA common stock, previously marked in testimony as Exhibit 42.

31. Attached as **Exhibit 29** hereto is a true and correct copy of an email from Jason McDiarmid to Mackey McFarlane dated January 7, 2014, re "FW: Pompeii trading account," previously marked in testimony as Exhibit 44.

32. Attached as **Exhibit 30** hereto is a true and correct copy of Pompeii Finance Corp. Account Application, previously marked in testimony as Exhibit 45.

33. Attached as **Exhibit 31** hereto is a true and correct copy of an email from Dawn Lopez to stockreceipts@corclearing.com, copying Mackey McFarlane, dated March 6, 2014, re "FW: 4205-8628 Pompeii Finance / IMMA (S-1 Deposit)," previously marked in testimony as Exhibit 50.

34. Attached as **Exhibit 32** hereto is a true and correct copy of a letter from Pompeii Finance Corp. to Meyers Associates, L.P., dated January 30, 2015, re wire transfer request, previously marked in testimony as Exhibit 55.

35. Attached as **Exhibit 33** hereto is a true and correct copy of an email from Ken Telford to Mackey McFarlane dated March 3, 2015, re "wire – for March 4," previously marked in testimony as Exhibit 57.

36. Attached as **Exhibit 34** hereto is a true and correct copy of an email from Ken Telford to Mackey McFarlane dated April 1, 2015, re $400,000 check made out to Ken Telford, previously marked in testimony as Exhibit 60.

37. Attached as **Exhibit 35** hereto is a true and correct copy of an email from Mackey McFarlane to Ken Telford dated April 21, 2015, re closing Pompeii account, previously marked in testimony as Exhibit 61.

38. Attached as **Exhibit 36** hereto is a true and correct copy of Issuer Direct IMMA Service Agreement, previously marked in testimony as Exhibit 65.

39. Attached as **Exhibit 37** hereto is a true and correct copy of an email from Jason McDiarmid to Eddie Tobler, David Klimczak and Leam Odette dated

January 27, 2104, re "FW: DTC Eligibility Information," previously marked in testimony as Exhibit 68.

40. Attached as **Exhibit 38** hereto is a true and correct copy of an email from Jason McDiarmid to Eddie Tobler dated January 29, 2014, re "FW: 12b-25's," previously marked in testimony as Exhibit 71.

41. Attached as **Exhibit 39** hereto is a true and correct copy of an email from Ken Telford to Eddie Tobler dated February 17, 2014, re "RE: Essential & Interactive shares – re: Pompeii Finance," previously marked in testimony as Exhibit 72.

42. Attached as **Exhibit 40** hereto is a true and correct copy of an email from Eddie Tobler to David Klimczak and Leam Odette dated February 24, 2014, re "FW: Interactive Multi-Media Auction Corp – SYMBOL IMMA – CUSIPG4895B108 is now DTC Eligible," previously marked in testimony as Exhibit 73.

43. Attached as **Exhibit 41** hereto is a true and correct copy of Direct Transfer Cancellation and Reissuance of Shares package re certificate 142, previously marked in testimony as Exhibit 78.

44. Attached as **Exhibit 42** hereto is a true and correct copy of an email from Jason McDiarmid to Marty Weigel dated December 15, 2012, re "final IMMAC S1 draft," previously marked in testimony as Exhibit 95.

45. Attached as **Exhibit 43** hereto is a true and correct copy of an email from Marty Weigel to Ken Telford dated November 26, 2012, "RE: IMMAC," previously marked in testimony as Exhibit 99.

46. Attached as **Exhibit 44** hereto is a true and correct copy of "Disbursement Record of Initial Funds Received from Investment in Company Founders Shares" dated September 1, 2012, previously marked in testimony as Exhibit 102.

47. Attached as **Exhibit 45** hereto is a true and correct copy of Loan Agreement between Morpheus Financial Corporation and IMMA dated July 13, 2012, previously marked in testimony as Exhibit 104.

48. Attached as **Exhibit 46** hereto is a true and correct copy of "Formal Verification Record of Receipt of Funds in Payment of Issuance of Founders Shares," previously marked in testimony as Exhibit 106.

49. Attached as **Exhibit 47** hereto is a true and correct copy of an email from Jason McDiarmid to Marty Weigel dated November 27, 2012, re "Subscription Samples," previously marked in testimony as Exhibit 109.

50. Attached as **Exhibit 48** hereto is a true and correct copy of IMMA Form S-1 Registration Statement, previously marked in testimony as Exhibit 115.

51. Attached as **Exhibit 49** hereto is a true and correct copy of an email from Jason McDiarmid to Alan Goldman and Ken Telford dated March 7, 2013, re "RE: 10Q – Documents," previously marked in testimony as Exhibit 120.

52. Attached as **Exhibit 50** hereto is a true and correct copy of an email from Marty Weigel to Jason McDiarmid re "Essential and Interactive," previously marked in testimony as Exhibit 126.

53. Attached as **Exhibit 51** hereto is a true and correct copy of an email from Ken Telford to Jason McDiarmid dated March 25, 2013, re "FW: IMMAC – Amended S1," previously marked in testimony as Exhibit 133.

54. Attached as **Exhibit 52** hereto is a true and correct copy of IMMA's Form 10-K for fiscal year ended October 31, 2013, previously marked in testimony as Exhibit 141.

55. Attached as **Exhibit 53** hereto is a true and correct copy of an email from Jason McDiarmid to Sue Lee dated November 26, 2014, re "Re: Virtual Introduction," previously marked in testimony as Exhibit 145.

56. Attached as **Exhibit 54** hereto is a true and correct copy of PLS CPA's engagement acceptance and continuance form, previously marked in testimony as Exhibit 146.

57. Attached as **Exhibit 55** hereto is a true and correct copy of excerpts of the investigative testimony, taken on August 24, 2016, of Preston Burnett.

58. Attached as **Exhibit 56** hereto is a true and correct copy of excerpts of the investigative testimony, taken on September 16, 2016, of Alan Goldman.

59. Attached as **Exhibit 57** hereto is a true and correct copy of an email dated March 3, 2015, from Kenneth Telford to Mackey MacFarlane Alligood, attaching a wire transfer request for Pompeii of $570,000, previously marked in testimony as Exhibit 57.

60. Attached as **Exhibit 58** hereto is a true and correct copy of an email from Jason McDiarmid to Amber McCandless dated July 17, 2012, re resolution for IMMA, previously marked in testimony as Exhibit 195.

61. Attached as **Exhibit 59** hereto is a true and correct copy of an email from Jason McDiarmid to Amber McCandless dated November 10, 2013, re "FINRA Comment Letter – Issuer Response," previously marked in testimony as Exhibit 218.

62. Attached as **Exhibit 60** hereto is a true and correct copy of email string between Jason McDiarmid and Amber McCandless ending November 13, 2013, previously marked in testimony as Exhibit 219.

63. Attached as **Exhibit 61** hereto is a true and correct copy of an email from Jason McDiarmid to Eric Flesche dated November 18, 2013, re "FW: [#BUI-699-12488]: New Account Information," previously marked in testimony as Exhibit 220.

64. Attached as **Exhibit 62** hereto is a true and correct copy of an email from Jason McDiarmid to Amber McCandless dated November 20, 2013, re "Documents to sign," previously marked in testimony as Exhibit 221.

65. Attached as **Exhibit 63** hereto is a true and correct copy of an email string between Jason McDiarmid and Amber McCandless ending December 9, 2013, re "Stock Power documents," previously marked in testimony as Exhibit 222.

66. Attached as **Exhibit 64** hereto is a true and correct copy of IMMA's Form 10-Q for quarterly period ending January 31, 2014, previously marked in testimony as Exhibit 242.

67. Attached as **Exhibit 65** hereto is a true and correct copy of IMMA's Form 10-Q for quarterly period ending April 30, 2014, previously marked in testimony as Exhibit 243.

68. Attached as **Exhibit 66** hereto is a true and correct copy of IMMA's Form 10-Q for quarterly period ending July 31, 2014, previously marked in testimony as Exhibit 244.

69. Attached as **Exhibit 67** hereto is a true and correct copy of IMMA's Form 8-K dated October 28, 2014, previously marked in testimony as Exhibit 248.

70. Attached as **Exhibit 68** hereto is a true and correct copy of an email from Ken Telford to Mackey McFarlane dated April 24, 2014, re "RE: Debit in Account," previously marked in testimony as Exhibit 250.

71. Attached as **Exhibit 69** hereto is a true and correct copy of wire transfer request from Pompeii Finance Corp. to Meyers Associates, L.P., dated August 15, 2014, in the amount of $3,000.00, previously marked in testimony as Exhibit 251.

72. Attached as **Exhibit 70** hereto is a true and correct copy of Pompeii Finance Corp.'s Premier Account Statement ending March 31, 2015, previously marked in testimony as Exhibit 252.

73. Attached as **Exhibit 71** hereto is a true and correct copy of an email from Ken Telford to Mackey McFarlane dated October 24, 2014, requesting "the wire of $15,000 to Pompeii's bank account," previously marked in testimony as Exhibit 254.

74. Attached as **Exhibit 72** hereto is a true and correct copy of an email from Ken Telford to Mackey McFarlane dated December 10, 2014, requesting "the wire of $50,000" to HSBC account in Hong Kong, previously marked in testimony as Exhibit 256.

75. Attached as **Exhibit 73** hereto is a true and correct copy of Charles Schwab Margin Application Agreement, previously marked in deposition as Exhibit 264.

76. Attached as **Exhibit 74** hereto is a true and correct copy of HSBC Businessvantage Account Opening Form for Denon Capital Strategies Ltd., previously marked in deposition as Exhibit 265.

77. Attached as **Exhibit 75** hereto is a true and correct copy of Ecogenics Limited (Hong Kong) Background, previously marked in deposition as Exhibit 267.

78. Attached as **Exhibit 76** hereto is a true and correct copy of HSBC Business Integrated Account Opening Form for Pompeii Finance Corp., previously marked in deposition as Exhibit 269.

79. Attached as **Exhibit 77** hereto is a true and correct copy of HSBC wire transfer indicating Pompeii Finance as the Debit Account #0166, previously marked in deposition as Exhibit 270.

80. Attached as **Exhibit 78** hereto is a true and correct copy of December 2014 emails between Ken Telford and Lana Galang re "new Ecogenics account," previously marked in deposition as Exhibit 272.

81. Attached as **Exhibit 79** hereto is a true and correct copy of Vision Account Information for Ecogenics, previously marked in deposition as Exhibit 274.

82. Attached as **Exhibit 80** hereto is a true and correct copy of Electronic Transaction Clearing, Inc.'s Request to Open New Introduced Account, previously marked in deposition as Exhibit 275.

83. Attached as **Exhibit 81** hereto is a true and correct copy of HSBC Business Integrated Account Opening Form for Ecogenics Limited, previously marked in deposition as Exhibit 277.

84. Attached as **Exhibit 82** hereto is a true and correct copy of HSBC GPS Archive Enquiries, previously marked in deposition as Exhibit 279.

85. Attached as **Exhibit 83** hereto is a true and correct copy of Ken Telford's resignation as Director of Ecogenics dated June 28, 2016, previously marked in deposition as Exhibit 280.

86. Attached as **Exhibit 84** hereto is a true and correct copy of IMMA letter to Morpheus Financial Corporation Limited dated January 15, 2016, previously marked in deposition as Exhibit 281.

87. Attached as **Exhibit 85** hereto is a true and correct copy of an email string between Jason McDiarmid and Amber McCandless dated April 2011, re "showcase," previously marked in deposition as Exhibit 282.

88. Attached as **Exhibit 86** hereto is a true and correct copy of an email from Ken Telford to Marty Weigel dated November 14, 2012, re "IMMAC #3," attaching share subscriptions, previously marked in deposition as Exhibit 283.

89. Attached as **Exhibit 87** hereto is a true and correct copy of an email from Ken Telford to Marty Weigel dated November 27, 2012, re "RE: IMMAC Documents," previously marked in deposition as Exhibit 284.

90. Attached as **Exhibit 88** hereto is a true and correct copy of an email from Ken Telford to Marty Weigel dated November 14, 2012, re "IMMAC #2," attaching consulting agreements, previously marked in deposition as Exhibit 285.

91. Attached as **Exhibit 89** hereto is a true and correct copy of Vision Financial Markets Physical Stock Certificate Checklist for Deposit for Ecogenics Limited, previously marked in testimony as deposition 286.

92. Attached as **Exhibit 90** hereto is a true and correct copy of Contact Info for Shopper ID 85504390, previously marked in deposition as Exhibit 287.

93. Attached as **Exhibit 91** hereto is a true and correct copy of the webpage for Direct Info Share About Us, previously marked in deposition as Exhibit 289.

94. Attached as **Exhibit 92** hereto is a true and correct copy of Meyers Associates, L.P., General Trade Report, previously marked in deposition as Exhibit 291.

95. Attached as **Exhibit 93** hereto is a true and correct copy of an email from Ken Telford to Jason McDiarmid dated February 2, 2015, re "wires," previously marked in deposition as Exhibit 292.

96. Attached as **Exhibit 94** hereto is a true and correct copy of Ken Telford's March 19, 2015 to April 17, 2015 Bank of America account ending 7486, previously marked in deposition as Exhibit 293.

97. Attached as **Exhibit 95** hereto is a true and correct copy of an email from Jason McDiarmid to Ken Telford dated March 16, 2015, re "Interactive," previously marked in deposition as Exhibit 294.

98. Attached as **Exhibit 96** hereto is a true and correct copy of an email from Mackey McFarlane to Ken Telford dated May 8, 2015, re "RE: Pompeii Account," previously marked in deposition as Exhibit 295.

99. Attached as **Exhibit 97** hereto is a true and correct copy of Glendale Securities, Inc., General Trade Report, previously marked in deposition as Exhibit 298.

100. Attached as **Exhibit 98** hereto is a true and correct copy of Vision Correspondent Customer Outgoing Wire Request dated October 23, 2014, from Ecogenics Limited to HSBC, previously marked in deposition as Exhibit 299.

101. Attached as **Exhibit 99** hereto is a true and correct copy of Vision Correspondent Customer Outgoing Wire Request dated November 10, 2014, from Ecogenics Limited to HSBC, previously marked in deposition as Exhibit 300.

102. Attached as **Exhibit 100** hereto is a true and correct copy of Vision Correspondent Customer Outgoing Wire Request dated December 23, 2014, from Ecogenics Limited to HSBC, previously marked in deposition as Exhibit 301.

103. Attached as **Exhibit 101** hereto is a true and correct copy of Charles Schwab account statements for Denon Capital Strategies Limit for account ending 0166, previously marked in deposition as Exhibit 302.

104. Attached as **Exhibit 102** hereto is a true and correct copy of Charles Schwab account wires for accounting ending 0166, previously marked in deposition as Exhibit 303.

105. Attached as **Exhibit 103** hereto is a true and correct copy of a Letter of Authorization Form for Wire Transfers dated July 22, 2016, previously marked in deposition as Exhibit 304.

106. Attached as **Exhibit 104** hereto is a true and correct copy of the Notice of Effectiveness issued by the SEC as to IMMA's Form S-1 registration statement: https://www.sec.gov/Archives/edgar/data/1565430/999999999513003010/xslEFFECTX01/primary_doc.xml.

107. Attached as **Exhibit 105** hereto is a true and correct copy of billing and registration documents from GoDaddy.com's website registration information for the website http://directinfoshare.com, produced by GoDaddy.com and bates labeled GD000001-101.

108. Attached as **Exhibit 106** hereto is a true and correct copy of Essential Innovation Technology Inc.'s ("ESIV's") Form S-1 registration statement dated September 26, 2012.

109. Attached as **Exhibit 107** hereto is a true and correct copy of Revonergy Inc.'s Form 10-K dated Dec. 29, 2010.

110. Attached as **Exhibit 108** hereto is a true and correct copy of MobiClear Inc.'s Form 10-Q dated October 28, 2009.

1  111. Attached as **Exhibit 109** hereto is a true and correct copy of ESIV's
2  Form 8-K, dated Sept. 28, 2007.

3  112. Attached as **Exhibit 110** hereto is a true and correct copy of Brek Inc.'s
4  Form 10-Q, dated Nov. 29, 2002.

5  113. Attached as **Exhibit 111** hereto is a true and correct copy of an email
6  dated January 21, 2015, from Jacob Rosen to John Frazier, which Frazier forwarded
7  to John Sazegar of the Financial Industry Regulatory Agency ("FINRA") on May 8,
8  2015.

9  114. Attached as **Exhibit 112** hereto is a true and correct copy of an email
10 dated May 5, 2015, from Donald Santavicca to Steven Wright, which Santavicca
11 forwarded on February 2, 2016 to Henry Forgione at the SEC.

12 115. Attached as **Exhibit 113** hereto is a true and correct copy of an email
13 dated May 5, 2015, from Donald Santavicca to IMMA at its general email address,
14 info@interactive-auction.com, which Santavicca forwarded to Henry Forgione at the
15 SEC on February 2, 2016.

16 116. Attached as **Exhibit 114** hereto is a true and correct copy of a download
17 from the website of the Washington State Board of Accountancy of Telford's CPA
18 license.

19 117. Attached as **Exhibit 115** hereto is a true and correct copy of a download
20 from the British Columbia Chartered Professional Accountants website as to
21 Telford's CPA membership.

22 118. Attached as **Exhibit 116** hereto is a true and correct copy of email
23 correspondence dated April 27-28, 2011 among Kenneth Telford and Jason
24 McDiarmid, and Jason McDiarmid and Amber McCandless, previously marked in
25 testimony as Exhibit 193.

26 119. Attached as **Exhibit 117** hereto is a true and correct copy of Glendale
27 Securities' Foreign Account Questionnaire, executed by Telford on November 16,
28 2013, and previously marked in deposition as Exhibit 276.

120. Attached as **Exhibit 118** hereto is a true and correct copy of PLS CPA's intake form, listing Telford as the primary audit contact, previously marked in testimony as Exhibit 147.

121. Attached as **Exhibit 119** hereto is IMMA's Form 211 application to FINRA, previously marked in testimony as Exhibit 40.

122. Attached as **Exhibit 120** hereto is a true and correct copy of IMMA's 2014 Form 10-K, previously marked in testimony as Exhibit 171.

123. Attached as **Exhibit 121** hereto are true and correct copies of email ads for IMMA's stock produced by Future Money Trends, Lake Group Media and Think Ink Marketing that ran on April 26, 2015 through May 5, 2015.

124. Attached as **Exhibit 122** hereto is a true and correct copy of an email from Kenneth Telford to Mackey Macfarlane Alligood dated March 16, 2015 re: IMMA business plan, previously marked in testimony as Exhibit 59.

125. Attached as **Exhibit 123** hereto is a true and correct copy of the Custodian of Records declaration of David E. Achzet, Chief Compliance Office of Vision Financial Markets LLC.

126. Attached as **Exhibit 124** hereto is a true and correct copy of the Custodian of Records declaration of Ove Valseth, Manager of Compliance Department of Charles Schwab.

127. Attached as **Exhibit 125** hereto is a true and correct copy of excerpts of the investigative testimony of Ju-Chi Lee, of PLS CPAs, taken on October 12, 2016, as to the custodial records of PLS CPAs.

128. Attached as **Exhibit 126** hereto is a true and correct copy of the Custodian of Records declaration of Martin Weigel, President of Ingenium Accounting Associates.

//
//
//

1      129.   Attached as **Exhibit 127** hereto is a true and correct copy of the Custodian of Records declaration Kenneth Ameduri, of Future Money Trends, LLC.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 13, 2018 in Los Angeles, California.

                                  */s/Amy Jane Longo*
                                  Amy Jane Longo

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On August 13, 2018, I caused to be served the document entitled **DECLARATION OF AMY JANE LONGO IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT KENNETH TELFORD** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 13, 2018            */s/ Amy Jane Longo*
                                              Amy Jane Longo

16

*SEC v. Jason McDiarmid, et al.*
United States District Court—Central District of California
Case No. 2:17-CV-07201-SVW-FFM

**SERVICE LIST**

Kenneth Telford
kgc.telford@gmail.com
(by email only)