| | |
|---|---|
| **To:** | Sazegar, John[John.Sazegar@finra.org] |
| **From:** | John Frazier |
| **Sent:** | Fri 5/8/2015 10:25:18 AM |
| **Importance:** | Normal |
| **Subject:** | Fwd: Jacob Rosen - IMMA |

---------- Forwarded message ----------
From: **Jacob Rosen** <jacob.rosen@directinfoshare.com>
Date: Wed, Jan 21, 2015 at 3:10 PM
Subject: Jacob Rosen - IMMA
To: johnnyfrazier@gmail.com


Dear John Frazier ,


It was a pleasure speaking to you today regarding IMMA (Interactive Multi Media Auction Corporation). As a valued member of our investor database, it is of primary importance to us that we ensure that we are always keeping you apprised of those investment opportunities you can add to your portfolio that we feel have the potential to offer a significant long-term ROI.

Direct InfoShare is an Internationally respected investor relations and financial communications company. We specialize in sourcing and bringing awareness to those undiscovered companies listed in the United States on the OTCBB, OTCQB or Pink sheets that we believe have potential for significant future growth by employing business strategies which target global or emerging markets.

We value our stellar reputation for excellence and we will always endeavor to offer the most cost-effective, timely investor call support and up-to-date information dissemination available.

If you have any questions, feel free to call us at our toll-free number below, or kindly send an email to info@directinfoshare.com and you will receive a response within 24 hours.

Please accept our sincere thanks for taking the time to speak with us today. We wish you all the best on your current and future portfolio investment decisions and we look forward to communicating with you again very soon.


--


Best Regards,

Exhibit 111 Page 2809

SEC-FINRA-E-0004511

**Jacob Rosen**
Investor Relations VP
Direct Info Share
+8558296098
jacob.rosen@directinfoshare.com


Interactive Multi Media Auction Corp
IMMA
OTCBB
Interactive-auction.com

Exhibit 111 Page 2810

SEC-FINRA-E-0004512