Declaration of Future Money Trends LLC certifying records of regularly conducted business activity.

I, the undersigned, Kenneth Ameduri, pursuant to 28 U.S.C. & 1746 declare that:

1. I am employed by Future Money Trends LLC as owner and by reason of my position am authorized and qualified to make this declaration.
2. I further certify that the documents being submitted are true copies of records that were:
(a) Made at or near the time of the occurrence of the matters set forth therein, information transmitted by, a person with knowledge of those matters;
(b) Kept in the course of regularly conducted business activity; and
(c) Made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 12/02/15

*[signature]*

Kenneth Ameduri

Exhibit 127 Page 3014

SEC-FMT-E-0000174